

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Candice L. Griffin, Relator

Appellate case number:     01-19-00545-CV

Trial court case number:    97725-F

Trial court:                        300th District Court of Brazoria County

This Court's July 25, 2019 Order requested a response to the petition for a writ of mandamus filed by relator, Candice L. Griffin, and noted, while relator's petition made a request for a stay, relator did not file a motion for temporary relief that complies with Rule 52.10(a). *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(2), 52.10(a). Later on July 25, 2019, relator filed a "Supplement to Petition for Writ of Mandamus with *Notice* that Relator's Petition for Writ of Mandamus Contained a Request for Temporary Relief" to notify this Court that her petition included a request to stay the trial commencing on July 29, 2019, that complies with Rule 52.10(a). However, the Clerk of this Court's records do not reflect that relator has filed a *separate motion* for temporary relief that complies with Rule 52.10(a). *See* TEX. R. APP. P. 52.10(a)(1) ("[t]he relator may file a *motion* to stay any underlying proceedings or for any other temporary relief pending the court's action on the petition.") (emphasis added).

Accordingly, the Court orders relator to file a **separate motion for temporary relief** that complies with Rule 52.10(a). *See* TEX. R. APP. P. 52.10(a)(1). Relator's motion for temporary relief, if any, shall be filed **by 3:00pm Friday, July 26, 2019**, if relator requests to stay the trial commencing on July 29, 2019.

It is so ORDERED.

Judge's signature: _____/s/ Laura C. Higley___
                              ☑ Acting individually    ☐ Acting for the Court
Date: __July 26, 2019___